UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | ) |
| Plaintiff, | ) Case No. 1-19-cv-00542-CMH-MSN |
| v. | ) |
| MOHAMMAD ATTYAH, individually and d/b/a Tarboosh TV, | ) |
| Defendant. | ) |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

Having considered the Stipulation for Entry of Final Judgment and Permanent Injunction filed by Plaintiff DISH Network L.L.C ("DISH") and Defendant Mohammad Attyah ("Defendant"), and good cause appearing, the Court approves the stipulation and ORDERS as follows:

1. Judgment is entered for DISH on Count II of the Complaint (Dkt. 1), which alleges Defendant induced and materially contributed to copyright infringement in violation of the Copyright Act and 17 U.S.C. § 501.

2. DISH is awarded damages of $2,400,000 against Defendant pursuant to 17 U.S.C. § 504(c), which consists of $100,000 for each of DISH's twenty-four registered, copyrighted works that Defendant willfully infringed.

3. For purposes of this order, "Protected Channels" means Aastha; Aastha Bhajan; Al Arabiya; Al Hayah 1; Al Jazeera Arabic News; Al Jazeera Mubasher; ART Movies; ATN Bangla; ATN News; B4U Music; Band News; CBC; CBC Drama; Future TV; Geo TV; Hekayat; Hum Sitaray; India Today; Iqraa; LBC; LDC; MBC1; MBC Drama; MBC Kids (a/k/a MBC3); MBC Masr; Melody Classic; Murr TV (a/k/a MTV Lebanon); NBN; New TV (a/k/a Al Jadeed); Noursat; OTV; SAB; SET MAX; Sony SET; Sony MIX; and Zoom.

4. Defendant and any of his affiliates, officers, agents, servants, employees, or other persons acting in active concert or participation with any of the foregoing that receives actual notice of this order, are hereby permanently enjoined from:

    a. reproducing, copying, transmitting, streaming, distributing, or publicly performing in the United States, by means of any device or process, any of the Protected Channels or any of the programming that comprises or appears on the Protected Channels;

    b. distributing, providing, selling, or promoting any product, or service, including Tarboosh TV set-top boxes, smart TV subscriptions, apps, account renewals, and any other set-top boxes and television subscription services, that reproduce, copy, transmit, stream, distribute, or publicly perform any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels in the United States; and

    c. otherwise infringing DISH's rights in any of the Protected Channels, either directly, contributorily, vicariously, or in any other manner.

5. This permanent injunction takes effect immediately.

6. Each party is to bear its own attorney's fees and costs.

7. The Court retains jurisdiction over this action for the purpose of enforcing this Order.

It is so ordered.

SIGNED on _Jan 13_, 2020

                                                    Claude M. Hilton
                                                    United States District Judge